IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 16-227 |
| GOLAN BARAK, | ) |
| Defendant. | ) |

AMBROSE, Senior District Judge

## CHANGE OF PLEA

AND NOW, the Defendant in the above-captioned case hereby withdraws his plea of not guilty entered on November 4, 2016, and now pleads guilty in open court this May 1, 2017, to Count 1 of the Indictment.

_____
Defendant

_____
Attorney for Defendant